```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
S.S. et al.,                                                 :
                                                             :
                                     Plaintiffs,             :
                                                             :              20-cv-9394 (VSB)
                       -against-                             :
                                                             :                  **ORDER**
NEW YORK CITY DEPARTMENT OF                                  :
EDUCATION,                                                   :
                                                             :
                                     Defendants.             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of the representations made at the July 16, 2021 order to show cause hearing held in the above-captioned case, it is hereby:

ORDERED that the parties are directed to submit a joint filing on or before July 23, 2021. This filing should contain: (1) a proposed stipulation agreed to by the parties, (2) an update as to the current status of the services being provided to Plaintiff's child, and (3) a copy of the recently released administrative decision in Case Number 197120, referenced at the July 16, 2021 hearing in this case. If there are disputes between the parties about the language in the proposed stipulation, the parties should each clearly detail their preferred language and their explanation for that preference.

IT IS FURTHER ORDERED that, between now and July 23, 2021, Defendant should take all efforts necessary to implement the services to which both parties agreed Plaintiff's child is currently entitled.

SO ORDERED.

Dated: July 16, 2021
      New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge