UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
S.S., individually and on behalf of T.S-W., a child with a disability,

        Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.
---------------------------------------------------------x

**ORDER**

No. 1:20-CV-09394 (VSB) (JW)

    The parties shall file additional briefing not to exceed five pages each regarding the legislative authority they believe supports their position as to Defendant's authority or lack thereof to require private schools to accept students. The briefing should also discuss the legislative authority and/or private school charters defining the relationship between the Department of Education and private schools, and private schools' duty or lack thereof to accept students from the Department of Education. Briefing is due **September 8, 2022**.

    SO ORDERED.

Dated:    New York, New York
            August 25, 2022

                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge